**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARIO SANDOVAL-GOMEZ, AKA
Milton Alvarado-Sandine,
                                        *Petitioner*,

v.

ERIC H. HOLDER, JR., Attorney
General,
                                        *Respondent*.

No. 10-73448

Agency No.
A092-563-965

ORDER

Filed October 24, 2014

Before: Ronald M. Gould and N. Randy Smith, Circuit
Judges, and Morrison C. England, Chief District Judge.*

---

## ORDER

The opinion filed on September 22, 2014, and published
at ___ F.3d ____, 2014 WL 4668962, is **VACATED**. It may
not be cited as precedent by or to this court or any district
court of the Ninth Circuit. The panel withdraws submission
of the case pending resolution of *Almanza-Arenas v. Holder*,
No. 09-71415.

---

* The Honorable Morrison C. England, Jr., Chief District Judge for the
U.S. District Court for the Eastern District of California, sitting by
designation.